## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JESSIE LEE FARMER, JR.                                                PLAINTIFF
ADC #166000

V.                                 No. 4:20CV00859-KGB-JTR

JAMES FLOWERS, Kitchen
Supervisor; and JOHN DOE,
Disciplinary Hearing Officer                                         DEFENDANTS

## <u>ORDER</u>

Plaintiff Jessie Lee Farmer, Jr. is incarcerated in the Ouachita River Unit of

the Arkansas Division of Correction ("ADC"). On July 21, 2020, he filed this *pro se*

§ 1983 Complaint, along with a motion for leave to proceed *in forma pauperis,* in

the United States District Court for the Western District of Arkansas. *Docs. 1 & 2.*

On July 22, 2020, the case was transferred to this District. *Doc. 3.*

In his Complaint, Farmer challenges a disciplinary conviction he received on

December 15, 2017, at the ADC's Wrightsville Unit. He is challenging *this same*

*disciplinary* in another pending § 1983 case: *Farmer v. Flowers,* E.D. Ark. Case No.

4:20cv209-KGB-JTR (Case No. 4:20cv209). On June 3, 2020, the Court

recommended that Case No. 4:20cv209 be dismissed for failure to prosecute. *Id.,*

*doc. 4.* That recommendation is still pending, and the case has not yet been dismissed.[1]

The Court will withdraw the June 3, 2020 Recommended Disposition in Case No. 4:20cv209. The Clerk is directed: (1) to docket Farmer's new § 1983 Complaint (*Doc. 1)* as an "Amended Complaint" in Case No. 4:20cv209; and (2) to docket Farmer's motion for leave to proceed *in forma pauperis* (*Doc. 2)* in Case No. 4:20cv209.

By separate document, the Court will recommend that Farmer's Complaint in this new § 1983 action (Case No. 4:20cv859-KGB-JTR) be dismissed, without prejudice, as raising claims that are duplicative of those that are pending in Case No. 4:20cv209-KGB-JTR.

IT IS SO ORDERED this 18th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Farmer incorrectly believes that Case No. 4:20cv209 has been dismissed. *Doc. 1 at 1.*