THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE LEE FARMER, JR., ADC #166000**　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**Case No. 4:20-cv-00859-KGB**

**JAMES FLOWERS and JOHN DOE**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on August 19, 2020 (Dkt. No. 8). Judge Ray recommends that plaintiff Jessie Lee Farmer, Jr.'s, complaint be dismissed, without prejudice, and that Mr. Farmer's motion for leave to proceed *in forma pauperis* be denied as moot. No objections have been filed to the Recommended Disposition, and the deadline for filing objections has since passed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 8). The Court dismisses, without prejudice, Mr. Tucker's complaint (Dkt. No. 1) and denies as moot Mr. Tucker's motion for leave to proceed *in forma pauperis* (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 28th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge