THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE LEE FARMER, JR., ADC #166000**                                                         **PLAINTIFF**

v.                                   Case No. 4:20-cv-00859-KGB

**JAMES FLOWERS and JOHN DOE**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jessie Lee Farmer, Jr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge